CHRISTOPHER CHIOU, NVSBN 14853
Acting United States Attorney
District of Nevada

Chantal Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email:  chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN NEELY RUDITSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-01285-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTOIN FOR REVERAL AND/OR REMAND (FIRST REQUEST)** |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Motion) from March 25, 2021 to April 8, 2021.  This is Defendant's first request for extension to respond to Plaintiff's Motion and third request in this case.  Defendant respectfully requests this additional time because counsel was recently reassigned this case and has been out of the office on leave.  Counsel currently has three briefs due in other social security cases within the next

month and additionally has to train a new attorney hire.  Counsel, therefore, requests an additional fourteen days to file Defendant's response.  Counsel contacted Plaintiff on March 23, 2021 and Plaintiff does not object to this request.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this 23rd day of March 2021.

                                      CHRISTOPHER CHIOU
                                      Acting United States Attorney

                                      */s/ Chantal R. Jenkins*
                                      CHANTAL R. JENKINS
                                      Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

                                      IT IS SO ORDERED
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

                                      DATED: March 24, 2021

**CERTIFICATE OF SERVICE**

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**Gerald Morris Welt**
Gerald M. Welt, Chtd.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com
*ATTORNEY TO BE NOTICED*

**Marc V Kalagian**
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd.
Suite 420
Long Beach, CA 90802
(562) 437-7006
Fax: (562) 432-2935
Email: marc.kalagian@rksslaw.com
*ATTORNEY TO BE NOTICED*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2021

/s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

3